IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIA JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY | : | |
| HOSPITALS, INC., et al. | : | NO. 13-CV-4316 |

**O R D E R**

AND NOW, this 5th day of February, 2015, IT IS HEREBY ORDERED that:

1. The accompanying memorandum is filed in support of the order dismissing Plaintiff's racial discrimination claims for failure to exhaust administrative remedies dated March 21, 2014 (Dkt. # 45).

2. All references to racial discrimination are stricken from the amended complaint.

3. All claims against defendants Barbara Seger Alpini and Anthony J. DiMarino, M.D. are dismissed with prejudice for Plaintiff's failure to exhaust administratively.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.