IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIA JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | : | NO. 13-4316 |

# **O R D E R**

AND NOW, this 19th day of March, 2015, upon consideration of Defendant's contempt motion (Doc. 46) and certification of fees and costs (Doc. 103), and after holding a hearing at which Plaintiff's counsel offered a letter of explanation by Desmond Jackson, IT IS HEREBY ORDERED that Desmond Jackson is found in contempt. IT IS FURTHER ORDERED that Mr. Jackson is sanctioned in the amount of $525 for his failure to attend his deposition. IT IS FURTHER ORDERED that, in the event Defendant properly notices Mr. Jackson's deposition after the summary judgment decision in this case, he shall appear to be deposed or suffer further sanction by the court. Mr. Jackson shall remit to Defense counsel $525 within thirty days of the entry of this order.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.