IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIA JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | : | NO. 13-4316 |

**O R D E R**

AND NOW, this 19th day of March, 2015, upon consideration of Defendant's Motion for Sanctions (Doc. 37), Plaintiff's response and supplemental response (Docs. 38, 48 & 48.1), the order of the Honorable Edmund V. Ludwig granting the motion and referring disposition of sanctions to the undersigned (Doc. 49), the certification of costs and fees, response, and reply (Docs. 100, 102 & 104), after holding a sanctions hearing, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion for Sanctions is GRANTED. Plaintiff's counsel is sanctioned in the amount of $4,500 for the filing of the motion to quash the deposition of Desmond Jackson. Plaintiff's counsel shall remit to defense counsel $4,500 within thirty days of the date of this order.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.