IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALIA JONES, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 13-4316 |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., | : |
| Defendant. | : |

## ORDER

**AND NOW**, this ___ of October 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 65), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 69), Defendant's Reply (ECF No. 72), Plaintiff's Reply (ECF No. 112), and Defendant's Sur-Reply (ECF No. 119), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED**, that Plaintiff's Motion for Relief and Leave to Supplement the Record (ECF No. 125) is hereby **DENIED**.

The Court **FURTHER ORDERS** the Clerk of Court to mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated October 29, 2019.